IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-60224
Summary Calendar

D.C. Docket No. 3:15-CV-908

United States Court of Appeals
Fifth Circuit
**FILED**
August 1, 2018
Lyle W. Cayce
Clerk

NATHAN JENKINS,

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; FEDERAL BUREAU OF PRISONS; FEDERAL CORRECTIONAL INSTITUTION YAZOO CITY MEDIUM SECURITY PRISON; DOCTOR A. CHAMBERS, Medical Doctor/CD Federal Correctional Institution Yazoo City; DOCTOR NORMA NATAL-CASTRO, Medical Doctor Federal Correctional Institution Yazoo City,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Mississippi

Before REAVLEY, WILLETT, and ENGELHARDT, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and dismissed in part.



Certified as a true copy and issued
as the mandate on Sep 24, 2018

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit